

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2015

No. 04-14-00514-CV

**IN THE INTEREST OF R.E.S. AND R.K.S.,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-04448
Honorable Gloria Saldana, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to March 11, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:
Shannon Kathleen Dunn
Law Office of Beth Watkins
926 Chulie Dr
San Antonio, TX 78216-6522

Beth Watkins
Law Office of Beth Watkins
926 Chulie Dr
San Antonio, TX 78216-6522

Mark L. Medley
Law Office of Mark L. Medley, P.C.
901 NE Loop 410, Suite 903
San Antonio, TX 78209

Robert L. Graul, Jr.
Attorney at Law
115 E. Travis Street, Suite 312
San Antonio, TX 78205